UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:16-cr-463-CEH-MAP

JEREMIAH FOOR
_____/

**ORDER**

This matter comes before the Court on the Defendant's *pro se* Motion to Terminate Supervised Release (Doc. 140). In the motion, Defendant, Jeremiah Foor, states that he has met all supervision objectives, completed a substance abuse and mental health assessment, is gainfully employed full-time, is engaged to be married in October 2021, has established a regular visitation schedule with his son and has been paying monthly support for both of his children, and regularly volunteers for Habitat for Humanity. He submits he has met the criteria for early termination of supervised release. Therefore, Defendant requests the Court terminate his supervised release. In its response, the Government represents it has consulted with Defendant's U.S. Probation Officer, and the Government has no objection to Defendant's motion to terminate the remaining period of his supervised release. *See* Doc. 143. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Motion to Terminate Supervised Release.

Accordingly, it is hereby

**ORDERED**:

1.  Defendant's Motion to Terminate Supervised Release (Doc.140) is **GRANTED**.

2.  Having considered the factors in 18 U.S.C. § 3535(a), early termination of Defendant's supervised release is warranted by Defendant's conduct and is in the interest of justice.

**DONE AND ORDERED** in Tampa, Florida on August 27, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Jeremiah Foor, *pro se*
Counsel of Record
Unrepresented Parties